IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01967-LTB-PAC

ADRIANN ARCHULETA,

    Plaintiff(s),

v.

CONTINENTAL CASUALTY COMPANY,
CNA GROUP LIFE ASSURANCE COMPANY, and
HARTFORD LIFE GROUP INSURANCE COMPANY,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that the Unopposed Motion to Vacate Settlement Conference [filed January 4, 2006; Doc. No. 12] is **GRANTED** as follows:

    The Settlement Conference set for January 30, 2006 is *vacated and reset* to **February 7, 2006 at 10:30 a.m.** Confidential Settlement Statements are due on or before **February 2, 2006**. ***Counsel and parties with full authority to settle must be present.***

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated: January 6, 2006