**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01967-LTB-PAC

ADRIANN ARCHULETA,

      Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
CNA GROUP LIFE ASSURANCE COMPANY, and
HARTFORD LIFE GROUP INSURANCE COMPANY,

      Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK

      Plaintiff's Unopposed Motion to Amend Complaint (Doc 15 - filed February 2, 2006) is **GRANTED**.  The tendered Amended Complaint is accepted for filing.

Dated:  February 3, 2006
_____