**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  05-cv-01967-LTB-PAC

ADRIANN ARCHULETA,

        Plaintiff,

v.

CONTINENTAL CASUALTY COMPANY,
CNA GROUP LIFE ASSURANCE COMPANY, and
HARTFORD LIFE GROUP INSURANCE COMPANY,

        Defendants.
_____

**ORDER OF DISMISSAL**
_____

        THIS MATTER having come before the Court on the Stipulated Motion for Dismissal With Prejudice (Doc 21 - filed February 24, 2006), and the Court being fully advised in the premises, it is therefore

        ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

        BY THE COURT:

            s/Lewis T. Babcock
        Lewis T. Babcock, Chief Judge

DATED: February 27, 2006

1